UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ,

                Plaintiff,

      - against -

DOUGLAS COMPANY, INC.,

                Defendant.

22-cv-4880 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for October 4, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           September 27, 2022

                                          John G. Koeltl
                                    United States District Judge