UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTIAN SANCHEZ,

      Plaintiff,

  - against -

DOUGLAS COMPANY, INC.,

      Defendant.

22-cv-4880 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The time to respond to the complaint was extended to October 3, 2022 by Order dated September 15, 2022.

  The parties are directed to submit a Rule 26(f) report by October 17, 2022.

SO ORDERED.
Dated: New York, New York
    September 28, 2022

                _____
                John G. Koeltl
              United States District Judge